

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

October 21, 2020

U.S. District Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre Street, Courtroom 1106
New York, New York 10007

      Re:    *Mercer v. Henry Hotels Inc.*, Case No.: 1:20-cv-6461-LGS

Dear Judge Schofield:

      Please be advised that this office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled. Currently, the terms of the settlement agreement still need to be effectuated, which the parties anticipate will take place within the next thirty (30) days. Respectfully, we are requesting together with counsel for the defendant, a stay of all deadlines and conferences for thirty (30) days so that the parties can finalize the settlement.

      We thank the Court for your time and consideration in this matter.

                                                 Respectfully submitted,

cc: Alfred J. Falzone III, Esq., *(via CM/ECF)*      BASHIAN & PAPANTONIOU, P.C.

                                                 */s/ Erik M. Bashian*
                                                 _____
                                                 Erik M. Bashian, Esq.

The Application is GRANTED.  The stay set forth in the September 22, 2020, Order (Dkt. No. 16) is extended to **November 23, 2020**.  Any application to reopen filed after that date may be denied solely on that basis.

SO ORDERED

Dated:  October 22, 2020
       New York, New York

                                                 LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE